# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**EMMANUEL JONES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-0260

[July 1, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Robert Diaz, Judge; L.T. Case Nos. 16009038MM10A and 17-000006AC10A.

Gordon Weekes, Public Defender, and James K. Rubin, Assistant Public Defender, Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Deborah Koenig, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***